United States District Court
Eastern District of Wisconsin

Michael Scott Pietila

vs.

Lt. Imerfal, Sgt. Schmidt, CO Gorman, CO Roper, CO Mutchie, CO Aronson, CO Clark, Nurse York

AMENDED COMPLAINT

Case No: 18-cv-01689-DEJ

---

On 04/02/2017 the above named defendants did use excessive and unneccessary use of force and did sexually assault me also. I am classified MH-2a, diagnosed by Dr. Laurents at RGCI in the Spring/Summer of 2016 with Bipolar I, PTSD, Paranoid Personality Disorder & Major Depressive Disorder. I did not give them permission or consent to use force or sexually assault me.

I was finished taking my shower and asked CO Aronson for a pair of socks I believe. He refused to get me whatever it was I was requesting. I refused to leave the shower stall #3. The next thing I know the cell entry team is forming outside my door. At the time, and I verbalized this belief, I believed I was working for Donald Trump on Undercover Boss as the Governor of the State of Wisconsin. So I told them they were all fired and that they were breaking the law. At this point it would have been apparent that I was lost in full blown psychosis. So I turned around and placed my hands on the wall as Lt. Imerfal sprayed and then doused my entire body in OC.

Then the cell entry team jammed into the tiny shower with me. One CO seemed to be trying to either break my neck or wrench it out of socket/place. Another was pinching my wind pipe while applying the pressure point behind my ear.

LEGAL 377076

The CO also seemed to be trying to pop my eyes. I also had one CO aggressively trying to pin my left arm behind my back, and another doing the same to my right.

When I did give up I did fearing for my life. I thought they were going to rape and kill me, then cannibalize my remains. I kept shaking, sobbing, asking why they were doing this to me.

They then cut my clothes off, and it felt as if someone were pinching the tip of my penis while someone manipulated my butt cheeks and anus, nipples and genitalia; seeming to rub something on these areas and the bottoms of my feet.

I was not given the opportunity to wash off the chemicals for days.

I have exhausted all administrative remedies after previously having had a similar case dismissed without prejudice.

What Corrections Employees who did not actively violate my rights are witnesses in their complicity and failure to stop the others.

I am requesting unspecified injuctive relief and $250,000.

Respectfully Submitted,
Michael Scott Pietila
Michael Scott Pietila
10/26/2018

LEGAL 377076