IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Michael Scott Pietila,
    Plaintiff

v.

Keith Immerfal et.al.,
    Defendants

Case No: 2018-CV-1689-DEJ

## Initial Settlement Proposal

I, Michael Scott Pietila, Pro se, am filing my initial settlement proposal before the court in hopes that my reasonable settlement proposal will decrease the chances of spending more of tax payers money and courts time.

I propose a 5% settlement of total monies requested of $350,000. which would be a total of $17,500.

I further state that if the paltry sum I've offered is not accepted and this matter goes any further I shall raise my bottom line.

If this matter becomes fully accepted on the screening stage I'll raise my offer to 10%, or $35,000 total for all damages and injuries caused.

If then the matter gets through summary judgement stage I will raise my offer to $70,000.

If I recieve a lawyer at any time I shall rescind this offer if said lawyer says to.

Respectfully Submitted,
Michael Scott Pietila

11/22/2018

Michael Scott Pietila